Tina G. Kemp, Respondent, v. The City of New York, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

Samuel Jesse Buzzell, Respondent, v. Danlor, Inc., and Others, Appellants. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

Mina E. Fritz, Respondent, v. Theodore L. Weed and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

Isabelle C. Gwathmey, Respondent, v. Archibald B. Gwathmey, Appellant. — Decision modified as stated in order; judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

George B. Wills & Co., Inc., Respondent, v. Globe Indemnity Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

Thomas Setnikar, Appellant, v. Louise Setnikar, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

Rose S. Roberts, Respondent, v. Esther Lustig, Appellant, Impleaded with Others, Defendants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

Raphael Volinsky, as Administrator, etc. of Julius Volinsky, Deceased, Appellant, v. John Orben, Respondent.— Judgment affirmed, with costs. No opinion. Present - Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

Hyman Morris, Respondent, v. Adolph Meth, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

The People of the State of New York ex rel. Joseph A. Stephens, Appellant, v. John Hanley, Warden of the City Prison, and Others, Respondents.— Motion granted; appeal to be ready for argument or submission February 6, 1925. Present — Clarke, P. J , Dowling, Merrell, Finch and Burr, JJ.

The People of the State of New York, Respondent v. Jesse Lewis, Appellant.— Preference granted for February 3, 1925. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

William Rand, Respondent, v. The City of New York, Appellant.— Preference granted for February 10, 1925. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

The People of the State of New York, Respondent, v. Charles Goldberg, Appellant.— Preference granted for February 4, 1925. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

In the Matter of the Application of the Continental Guaranty Corporation, Appellant, against Charles L. Craig, as Comptroller, etc., and Others, Respondents.— Preference granted for February 17, 1925. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

In the Matter of Josephine Brooks, Deceased. — Preference granted for February 4, 1925. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.